UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRIS MORALES, )<br>  )<br>           Plaintiff, )<br>  )<br>vs. )<br>  )<br>HARD ROCK HOTEL & CASINO, )<br>  )<br>           Defendant. )<br>  ) | Case No.: 2:10-cv-01257-GMN-GWF<br><br>**ORDER** |

Before the Court for consideration are the Findings and Recommendations (ECF No. 7) of the Honorable George W. Foley, United States Magistrate Judge, entered January 18, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice**.

DATED this 4th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge